UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

ANGELA DAVIS (formerly known as "Angela Treanor"), *individually*,

    Plaintiff,

v.

PINNACLE CREDIT SERVICES, LLC,
*a foreign limited liability company,*
    -and-
OXFORD LAW, LLC
*a foreign limited liability company,*

    Defendants.

Case No. 8:12–cv–02235–EAK–TBM

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ANGELA DAVIS, through the undersigned counsel, hereby files notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that the instant action is dismissed with prejudice.

Respectfully submitted,

*/s/ Scott D. Owens*
SCOTT D. OWENS, ESQ.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Phone 954-589-0588
Fax    954-337-0666
scott@scottdowens.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                        Respectfully submitted,

                                        */s/ Scott D. Owens*
                                        SCOTT D. OWENS, ESQ.